UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ENDLESS SALES, INC. | ) | |
| | ) | Case No. 17-11037-EEB |
| | ) | |
| EIN: 26-2964586 | ) | |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF BRIAN FIRKINS**

I, Brian Firkins, Chief Executive Officer of Endless Sales, Inc., make this Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**Background**

1. The Debtor, Endless Sales, Inc. ("Debtor"), filed its voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on February 13, 2017 ("Petition Date").

2. The Debtor is a Colorado corporation engaged in the business of buying, refurbishing, and reselling used forklifts, and designs and sells its own line of forklifts, known as "Octane Forklifts." Additional information about the Debtor and its operations can be found at http://www.octaneforklifts.com/ and http://discountforkliftbrokers.com/.

3. I am the Chief Executive Officer of the Debtor and am familiar with its operations and financial history.

**Emergency Motion to Approve Post-Petition Financing**

4. The Debtor seeks authorization to enter into a post-petition Loan Agreement with Brian Firkins.

5. I have reviewed the Emergency Motion to Approve Post-Petition Financing and the associated loan documents, and everything contained therein is true and correct.

6. If the post-petition financing is not approved, the Debtor will suffer irreparable harm to its operations, as the manufacturer of Octane Forklifts will cease its business relationship with the Debtor.

7. Approval of the post-petition financing is therefore in the best interest of the Debtor, its estate, and its creditors.

The preceding statements are true and correct to the best of my knowledge and belief.

Brian Firkins