**Fill in this information to identify the case:**

Debtor name **Endless Sales, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **17-11037**

■ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$10,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$10,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Pre-payments From Clients (See Attached Ex. B8)** | **$73,138.23** |

9. **Total of Part 2.** **$73,138.23**

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Endless Sales, Inc.** Case number *(If known)* **17-11037**
Name

10. **Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Forklifts (See Attached Exhibit B22)** | **2/2/2017** | **$0.00** | **Recent cost** | **$1,250,855.65** |

23. **Total of Part 5.** **$1,250,855.65**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ■ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Endless Sales, Inc.** Case number *(If known)* **17-11037**
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, chairs, phones, and computers** | **$17,005.00** | **Liquidation** | **$3,500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$3,500.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2008 BMW 335i** | **Unknown** | **Appraisal** | **$3,500.00** |
| 47.2. | **2010 BMW X6** | **Unknown** | **Replacement** | **$10,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$13,500.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements** | **Lessee** | **$85,000.00** | **N/A** | **$85,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.
**$85,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Endless Sales, Inc.** Case number *(If known)* **17-11037**
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Amounts owed from Gym Uptown (likely uncollectible)** | **$413,174.97** |

78. **Total of Part 11.** **$413,174.97**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Endless Sales, Inc.** Case number *(If known)* **17-11037**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | | **$10,000.00** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | **$73,138.23** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | **$0.00** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | **$0.00** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | **$1,250,855.65** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | **$0.00** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | **$3,500.00** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | **$13,500.00** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | | | **$85,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | **$0.00** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | **$413,174.97** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | | **$1,764,168.85** | + 91b. | **$85,000.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 **$1,849,168.85**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Serial Number | Sales Names Sold by | Date Invoiced | Sold To | Final sale price | Make | SOLD! | Down Payment type | Deposit date | Down payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 293628 | Joe Cardenas | 01/25/2017 | Rocky Mountain Wine Cooperative | 5700 | Yale | Down Payment | Credit Card | 01/25/2017 | $ 570.00 |
| 216016550 | Dustin Feldmann | 11/04/2016 | Hephaistos | 40073 | OCTANE | Down Payment | Credit Card | 11/14/2016 | $ 6,666.66 |
| 216016551 | Dustin Feldmann | 11/04/2016 | Hephaistos Building Supplies | 40073 | OCTANE | Down Payment | Credit Card | 11/14/2016 | $ 6,666.66 |
| 216016552 | Dustin Feldmann | 11/04/2016 | Hephaistos | 26153 | OCTANE | Down Payment | Credit Card | 11/14/2016 | $ 6,666.67 |
| 216016758 | Joe Cardenas | 11/1/2016 | Ayuda Companies | 43507 | OCTANE | Down Payment | Check #10367 | 11/01/2016 | $ 23,403.50 |
| 40-FD25BCS-01 | Noel Ray | 12/20/2016 | FTSI | 26995 | OCTANE | Down Payment | Check #3618595 | 01/12/2017 | $ 8,721.58 |
| 40-FD25BCS-02 | Noel Ray | 12/20/2016 | FTSI | 26250 | OCTANE | Down Payment | Check 3618595 | 01/12/2017 | $ 8,721.58 |
| 40-FD25BCS-03 | Noel Ray | 12/20/2016 | FTSI | 25250 | OCTANE | Down Payment | Check #3618595 | 01/12/2017 | $ 8,721.58 |
| GS3004-62504 | Gus Armstead | 02/10/2017 | Tom Pearo | 5894 | Genie | Down Payment | Credit Card | 02/10/2017 | $ 3,000.00 |
| | | | | | | | **Customer down payments** | | **$ 73,138.23** |

# Exhibit B22

| Year | Make | Type | Serial Number | | Unit Cost |
|---|---|---|---|---|---|
| 2006 | Yale | Electric - Stand-up Reach Narrow Aisle | C815N06937D | $ | 2,605.00 |
| 1994 | Hyster | Pneumatic - Sit Down | E007D02273R | $ | 5,000.00 |
| 2008 | Genie | Electric - Scissor lift | GS4608-93920 | $ | 3,877.00 |
| 1999 | JLG | Electric - Scissor lift | 0200052397 | $ | 865.00 |
| 1996 | Komatsu | Pneumatic - Sit Down | 041429A | $ | 4,250.00 |
| 2004 | JLG | Electric - Man lift | 0900021838 | $ | 1,750.00 |
| TBD | Cascade | Attachment | 1015566-4 | $ | - |
| TBD | Biljax | Electric - Man lift | 19-0388 | $ | 1,192.15 |
| 2005 | Crown | Electric - Stand-up Docker Counter Balanced | 1A280261 | $ | 1,248.65 |
| 2005 | Crown | Electric - Stand-up Docker Counter Balanced | 1A286659 | $ | 452.00 |
| 2005 | Crown | Electric - Stand-up Docker Counter Balanced | 1A288744 | $ | 1,130.00 |
| 2007 | Crown | Electric - Stand-up Docker Counter Balanced | 1A324691 | $ | 1,505.00 |
| 2008 | Crown | Electric - Stand-up Docker Counter Balanced | 1A349651 | $ | 966.15 |
| 1998 | JLG | Electric - Scissor lift | 200040784 | $ | 610.00 |
| 1970 | Caterpillar | Pneumatic - Sit Down | 20V00270 | $ | 5,000.00 |
| NEW! | OCTANE | Pneumatic - Sit Down | 214011892 | $ | 15,944.40 |
| 2014 | OCTANE | Pneumatic - Sit Down | 214011896 | $ | 16,586.09 |
| 2015 | Octane Certified | Pneumatic - Sit Down | 214011898 | $ | 15,280.00 |
| NEW! | OCTANE | Pneumatic - Sit Down | 214011903 | $ | 36,075.75 |
| NEW! | Octane Certified | Pneumatic - Sit Down | 214013119 | $ | 14,830.00 |
| 2014 | OCTANE | Pneumatic - Sit Down | 214013192 | $ | 39,397.50 |
| 2014 | Octane Certified | Pneumatic - Sit Down | 214013496 | $ | 33,970.00 |
| NEW! | OCTANE | OCTANE Electric - Pallet Jack | 214061056 | $ | 1,545.00 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010174 | $ | 15,776.51 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010365 | $ | 15,776.51 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010368 | $ | 32,019.61 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010470 | $ | 39,397.50 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010506 | $ | 17,222.63 |
| 2015 | Octane Certified | Pneumatic - Sit Down | 215010507 | $ | 15,143.50 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215010548 | $ | 25,604.77 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215011077 | $ | 38,212.49 |
| 2015 | OCTANE | Pneumatic - Sit Down | 215011804 | $ | 14,841.27 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215011805 | $ | 15,480.90 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215012120 | $ | 16,180.27 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215012475 | $ | 15,707.50 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215012476 | $ | 13,997.70 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215012484 | $ | 27,308.39 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215013990 | $ | 15,776.51 |
| NEW! | OCTANE | Pneumatic - Sit Down | 215013991 | $ | 15,776.51 |
| NEW! | OCTANE | Electric - Pneumatic Sit-down 3-Wheel | 215030172 | $ | 17,407.00 |
| NEW! | OCTANE | Electric - Pneumatic Sit-down 3-Wheel | 215031807 | $ | 17,407.00 |
| 2015 | OCTANE | Electric - Pneumatic Sit-down 3-Wheel | 215033508 | $ | 18,163.54 |
| NEW! | OCTANE | Electric - Reach Narrow Aisle | 215043994 | $ | 22,137.79 |
| 2015 | OCTANE | OCTANE Electric - Pallet Jack | 21506004 | $ | 1,545.00 |
| 2016 | OCTANE | Pneumatic - Sit Down | 216010266 | $ | 53,583.18 |
| NEW! | OCTANE | Rough Terrain - Straight mast | 216011103 | $ | 22,772.27 |
| NEW! | OCTANE | Cushion - Sit Down | 216014198 | $ | 15,738.40 |
| NEW! | OCTANE | Pneumatic - Sit Down | 216014542 | $ | 16,437.77 |
| 2016 | OCTANE | Pneumatic - Sit Down | 216015581 | $ | 14,059.50 |
| NEW! | OCTANE | Pneumatic - Sit Down | 216015582 | $ | 16,927.02 |
| NEW! | OCTANE | Pneumatic - Sit Down | 216016553 | $ | 14,280.95 |

| | | | | | |
|---|---|---|---|---|---|
| NEW! | OCTANE | Pneumatic - Sit Down | 216016759 | $ | 14,215.03 |
| 2017 | OCTANE | Pneumatic - Sit Down | 216016760 | $ | 13,576.43 |
| 2010 | Toyota | Electric - Sit-down 3-Wheel | 21806 | $ | 6,000.00 |
| 2007 | Linde | Electric - Pallet Jack | 2692-0460 | $ | 600.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 30424 | $ | 3,080.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 30429 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 30442 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 30512 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 31014 | $ | 3,080.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 31642 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 31668 | $ | 2,860.00 |
| 2011 | Toyota | Pneumatic - Sit Down | 31685 | $ | 2,860.00 |
| 2011 | Toyota | Pneumatic - Sit Down | 31687 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 31712 | $ | 2,860.00 |
| 2010 | Toyota | Pneumatic - Sit Down | 31721 | $ | 2,860.00 |
| NEW! | OCTANE | Pneumatic - Sit Down | 39-FD30S-02 | $ | 13,820.54 |
| 2017 | OCTANE | Pneumatic - Sit Down | 39-FD35S-01 | $ | 14,346.87 |
| 2017 | OCTANE | Pneumatic - Sit Down | 40-FY25BCS-01 | $ | 15,407.77 |
| 2017 | OCTANE | Pneumatic - Sit Down | 41-FD30S-01 | $ | 15,169.84 |
| 2017 | OCTANE | Cushion - Sit Down | 41-FY25CU-01 | $ | 14,738.27 |
| NEW! | OCTANE | Rough Terrain - Straight mast | 41-RTD30-01 | $ | 19,821.32 |
| 1979 | Caterpillar | Electric - Sit-down 4-Wheel | 41W1799 | $ | 200.00 |
| 2008 | Linde | Electric - Sit-down 3-Wheel | 512048009431 | $ | 1,400.00 |
| 2000 | Crown | Electric - Walkie Stackie Straddle Stacker | 5A113504 | $ | 226.00 |
| 2005 | Crown | Electric - Walkie Stackie Straddle Stacker | 5A115494 | $ | 169.00 |
| 2005 | Crown | Electric - Walkie Stackie Straddle Stacker | 5A115742 | $ | 401.15 |
| 1995 | Caterpillar | Pneumatic - Sit Down | 5CN00122 | $ | 7,000.00 |
| 1985 | Caterpillar | Pneumatic - Sit Down | 5HB01042 | | |
| 1985 | Caterpillar | Pneumatic - Sit Down | 5HB673 | $ | 1,750.00 |
| 2004 | Komatsu | Cushion - Sit Down | 670566A | $ | 2,000.00 |
| 2005 | Crown | Electric - Pallet Jack | 6A228155 | $ | 28.25 |
| 1989 | Caterpillar | Electric - Sit-down 4-Wheel | 6GCO1392 | $ | 200.00 |
| 2008 | Toyota | Pneumatic - Sit Down | 70187 | $ | 7,500.00 |
| 2009 | TOYOTA | Cushion - Sit Down | 70582 | $ | 9,175.00 |
| | Cascade | | 795291 | $ | 1,200.00 |
| 1974 | Caterpillar | Pneumatic - Sit Down | 81M1560 | $ | 950.00 |
| 1999 | Sky Jack | Slab - Scissor lift | 82278 | $ | 4,000.00 |
| 2006 | Raymond | Electric - Pallet Jack | 830-06-64226 | $ | 56.50 |
| 2005 | Multiton | Electric - Pallet Jack | 90174132 | $ | 100.00 |
| TBD | RIGHT LINE | Bale Clamp Attachment | 965692 | $ | 500.00 |
| 1997 | Nissan | Cushion - Sit Down | 9P0066 | $ | 1,500.00 |
| 1999 | Cat/Mitsubishi | Electric - Sit-down 4-Wheel | A2BC1-20850 | $ | 350.00 |
| 2002 | Cat/Mitsubishi | Electric - Sit-down 4-Wheel | A2EC262539 | $ | 5,900.00 |
| 2001 | Cat/Mitsubishi | Electric - Sit-down 4-Wheel | A3BC210438 | $ | 350.00 |
| 2004 | Cat/Mitsubishi | Electric - Sit-down 4-Wheel | A3EC341299 | $ | 6,800.00 |
| 2008 | Caterpillar | Electric - Sit-down 4-Wheel | A4EC320201 | $ | 1,000.00 |
| 2003 | Yale | Pneumatic - Sit Down | A875B23923A | $ | 3,250.00 |
| 2003 | Yale | Pneumatic - Sit Down | A875B24550A | $ | 3,250.00 |
| 2003 | Yale | Pneumatic - Sit Down | A875B24830A | $ | 3,250.00 |
| 2008 | Yale | Cushion - Sit Down | A910V13567F | $ | 3,500.00 |
| 1999 | Cat/Mitsubishi | Cushion - Sit Down | AF82C01669 | $ | 1,400.00 |
| 1999 | Yale | Pneumatic - Sit Down | B813D04170W | $ | 4,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1999 | Yale | Electric - Walkie Stackie Straddle Stacker | B820N02675W | $ | 226.00 |
| 2001 | Yale | Electric - Walkie Stackie Straddle Stacker | B820N03798Y | $ | 490.00 |
| 2004 | Yale | Pneumatic - Sit Down | B875B07711D | $ | 4,510.00 |
| 2006 | Yale | Pneumatic - Sit Down | B875B08005D | $ | 5,510.00 |
| 2006 | Yale | Pneumatic - Sit Down | B875B08519D | $ | 5,010.00 |
| 2006 | Yale | Pneumatic - Sit Down | B875B08520D | $ | 5,510.00 |
| 2001 | Hyster | Cushion - Sit Down | C010H01802Y | $ | 1,400.00 |
| 1998 | Hyster | Cushion - Sit Down | C010H04891V | $ | 1,000.00 |
| 2001 | Hyster | Cushion - Sit Down | C010H07058Y | $ | 1,400.00 |
| 2005 | Yale | Electric - Order Picker | C801N05484C | $ | 2,500.00 |
| 2010 | Yale | Cushion - Sit Down | C809V05086H | $ | 2,000.00 |
| 2010 | Yale | Cushion - Sit Down | C809V05295H | $ | 1,000.00 |
| 2010 | Yale | Cushion - Sit Down | C809V05301H | $ | 2,000.00 |
| 2006 | Yale | Electric - Stand-up Reach Narrow Aisle | C815N06818D | $ | 2,505.00 |
| 2006 | Yale | Electric - Stand-up Reach Narrow Aisle | C815N06880D | $ | 2,505.00 |
| 2006 | Yale | Electric - Stand-up Reach Narrow Aisle | C815N06883D | $ | 2,505.00 |
| 2006 | Yale | Electric - Stand-up Reach Narrow Aisle | C815N06941D | $ | 2,705.00 |
| TBD | Cascade | Attachment | Cascade | $ | - |
| 1998 | Nissan | Electric - Sit-down 4-Wheel | CWP02-9C1114 | $ | 2,500.00 |
| 1992 | Hyster | Pneumatic - Sit Down | D004D01983N | $ | 5,000.00 |
| 1997 | Hyster | Pneumatic - Sit Down | e007d03017U | $ | 13,000.00 |
| 1997 | Hyster | Pneumatic - Sit Down | e007d03275u | $ | 13,000.00 |
| 2005 | Hyster | Cushion - Sit Down | E010V01530C | $ | 1,300.00 |
| 2005 | Hyster | Cushion - Sit Down | E010V01558C | $ | 1,300.00 |
| 2005 | Hyster | Cushion - Sit Down | E010V01570C | $ | 1,300.00 |
| 2006 | Hyster | Cushion - Sit Down | E010V02112D | $ | 4,250.00 |
| 2008 | Hyster | Cushion - Sit Down | E010V02901F | $ | 3,750.00 |
| 2002 | Hyster | Pneumatic - Sit Down | E019E01776Z | $ | 27,500.00 |
| TBD | Biljax | Electric - Man lift | ESP 19-1041 | $ | 405.00 |
| 2003 | Biljax | Electric - Man lift | ESP19-0878 | $ | 1,147.50 |
| 2003 | Hyster | Pneumatic - Sit Down | F006V02317A | $ | 8,500.00 |
| 1997 | Hyster | Electric - Sit-down 4-Wheel | F108V09968U | $ | 2,000.00 |
| 1999 | Hyster | Electric - Sit-down 4-Wheel | F108V15506W | $ | 2,700.00 |
| 2003 | Hyster | Electric - Sit-down 4-Wheel | F108V28808A | $ | 1,000.00 |
| 2006 | Hyster | Cushion - Sit Down | F187V08054D | $ | 5,450.00 |
| 2007 | Hyster | Cushion - Sit Down | F187V08368E | $ | 3,500.00 |
| 2007 | Hyster | Cushion - Sit Down | F187V08792E | $ | 4,500.00 |
| 2008 | Hyster | Cushion - Sit Down | F187V11858F | $ | 4,500.00 |
| 2011 | Hyster | Cushion - Sit Down | F187V17756J | $ | 4,500.00 |
| 1999 | Hyster | Pneumatic - Sit Down | G005D14218W | $ | 3,250.00 |
| 2006 | Hyster | Pneumatic - Sit Down | G006V04369D | $ | 12,500.00 |
| 1989 | Clark | Cushion - Sit Down | GP138MB-0192-6968KOF | $ | 100.00 |
| 2006 | Genie | Electric - Scissor lift | GS4606-78409 | $ | 4,250.00 |
| TBD | Genie | Electric - Scissor lift | GS6807-47616 | $ | 7,600.00 |
| 2002 | Hyster | Electric - Sit-down 3-Wheel | H160N03014Z | $ | 500.00 |
| 2002 | Case | Rough Terrain - Straight mast | JJG0291807 | $ | 14,000.00 |
| 2006 | Hyster | Pneumatic - Sit Down | L005V08972D | $ | 6,950.00 |
| 2007 | Doosan | Cushion - Sit Down | MW-00266 | $ | 6,500.00 |
| | Yale | Attachment | N/A | $ | - |
| 2008 | Lull | Telehandler | PAO00800130 | $ | 17,000.00 |
| 1997 | Clark | Pneumatic - Sit Down | PH365L-0002-9459FB | $ | 2,000.00 |
| 2004 | Nissan | Pneumatic - Sit Down | PJ02-9H7490 | $ | 3,971.95 |

| | | | | | |
|---|---|---|---|---|---|
| 2004 | Nissan | Pneumatic - Sit Down | PL019G1521 | $ | 2,909.00 |
| 2004 | Raymond | Electric - Walkie Stackie Straddle Stacker | RSS40-04-01572 | $ | 917.56 |
| 2004 | Raymond | Electric - Walkie Stackie Straddle Stacker | RSS40-04-01835 | $ | 113.00 |
| 2006 | Genie | Boom Lift | S4006-11126 | $ | 10,250.00 |
| 2003 | Cascade | Attachment | SPR710808 - 1 R1 | $ | - |
| 2008 | Toyota | Electric - Sit-down 4-Wheel | TBD7FBCHU25 | $ | 3,700.00 |
| 1973 | Crown | Electric - Walkie Stackie Counter Balanced | W-2780 | $ | 200.00 |
| | | | | $ | 1,250,853.65 |