**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>ENDLESS SALES, INC.<br>EIN: 26-2964586<br><br>Debtor. | Case No. 17-11037-EEB<br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF ADAM FRYE**

Adam Frye, by and through his counsel, Jackson Kelly PLLC, hereby withdraws Proof of Claim No. 11 filed on May 12, 2017 in the amount of $200,000.00.

DATED: August 14, 2017.

JACKSON KELLY PLLC

By: *<u>/s/ Steven T. Mulligan</u>*
Steven T. Mulligan, #19901
1099 18th Street, Suite 2150
Denver, CO 80202
Telephone: (303) 390-0003
Facsimile: (303) 390-0177
smulligan@jacksonkelly.com

Counsel for Adam Frye

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2017, a copy of Withdrawal of Claim of Adam Frye was served on the following:

Jeffrey S. Brinen, Esq.
Keri L. Riley, Esq.
Kutner Brinen, P.C.
1660 Lincoln Street, Suite 1850
Denver, CO 80264
*Attorneys for Debtor Endless Sales*

Paul Moss
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, CO 80294
*U.S. Trustee*

JACKSON KELLY PLLC

By: *<u>/s/ Steven T. Mulligan</u>*
Steven T. Mulligan, #19901
1099 18th Street, Suite 2150
Denver, CO 80202
Telephone: (303) 390-0003
Facsimile: (303) 390-0177
smulligan@jacksonkelly.com

Counsel for Adam Frye