UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ENDLESS SALES, INC. ) | |
| ) | Case No. 17-11037-EEB |
| ) | |
| EIN: 26-2964586 ) | |
| ) | |
| Debtor. ) | |

**FINAL DECREE**

The estate of the above-named Debtor having been fully administered, it is:

ORDERED that the Chapter 11 case of the above-named Debtor is hereby closed.

DONE and entered this 11th day of October, 2018 at Denver, Colorado.

BY THE COURT:

*Elizabeth E. Brown*

Honorable Elizabeth E. Brown
United States Bankruptcy Judge